**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **James Murphy,** ***on behalf of himself and all others similarly situated,*** <br> **Plaintiff,** <br> **-against-** <br> **Tsi 2021 Sub Inc.,** <br> **Defendant.** | **1:26-cv-04384 (PAE) (SDA)** <br><br> **ORDER SCHEDULING TELEPHONE CONFERENCE** |

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (Order of Reference, ECF No. 6.) The Court shall hold a telephone conference on Friday, August 28, 2026, at 11:00 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

If Plaintiff's counsel has been in communication with Defendant, Plaintiff's counsel shall advise Defendant of the scheduling of the conference and forward a copy of this Order. If Defendant has not appeared as of the date of the telephone conference, Plaintiff still is required to appear.

**SO ORDERED.**

Dated: New York, New York
August 7, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge